# UNITED STATES DISTRICT COURT

## ___JUDICIAL___ DISTRICT OF ___PUERTO RICO___

**UNITED STATES OF AMERICA**

vs

**WILFREDO RUIZ**

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-085-4(CCC)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___**WILFREDO RUIZ**___
(Name)
and bring him forthwith to the nearest magistrate to answer a

[ ] Indictment  [ ] Information  [ ] Complaint

[ ] Order of court  [ ] Violation Notice  [X] Violations of Supervised Release

charging him with (brief description of offense)

Copy order is attached.

in violation of Title _____ United States Code, Section(s) _____

Carmen Consuelo Cerezo
Name of Issuing Officer

U. S. District Judge
Title of Issuing Officer

_____
Signature of Issuing Officer

November 30, 2004, San Juan, PR
Date and Location

Bail fixed at $ _____

By: _____
Gretchen S. Rodriguez - Deputy Clerk

*Stamp: RECEIVED & FILED, CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, PR, NOV 30 PM 1:10*

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ ||| 
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: __WILFREDO RUIZ_____

ALIAS: _____

LAST KNOWN RESIDENCE:_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER:_____

HEIGHT: _____     WEIGHT: _____

SEX: __Male_____      RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____