**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>         **v.**<br><br>**WILFRED RUIZ**<br>    **Defendant** | **Criminal No. 00-85(CCC)** |

## ORDER TO SHOW CAUSE

Upon petition of Miguel Angel Arroyo-Domenech, U.S. Probation Officer, alleging that releasee Wilfred Ruiz has failed to comply with his conditions of supervised release, it is **ORDERED** that releasee Ruiz appear before this Court **on December 16, 2004, at 10:30 AM,** to determine whether there is probable cause to hold releasee for a revocation hearing. If the supervised release term were to be revoked, releasee may be committed to the custody of the U.S. Bureau of Prisons, or its authorized representative, for imprisonment until expiration of his sentence.

At this hearing, releasee Ruiz will be entitled:

1. To the disclosure of the evidence against him.

2. To present evidence in his own behalf.

3. To the opportunity to question witnesses against him.

4. To be represented by counsel.

The Clerk of Court shall issue the corresponding warrant of arrest and the U.S. Marshal is directed to produce releasee Ruiz before this Court. All corresponding parties are to be notified with a copy of this Order.

**SO ORDERED.**

At San Juan, Puerto Rico, this 1st day of December, 2004.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**