**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA
    Plaintiff**

**v.**                                        **Criminal No. 00-85(CCC)**

**WILFRED RUIZ
    Defendant**

## ORDER

The show cause hearing set for today, December 16, 2004, could not be held due to the fact defendant has not been arrested. Accordingly, the show cause hearing is reset for February 4, 2005, at 11:00 AM.

**SO ORDERED.**

At San Juan, Puerto Rico, this 16th day of December, 2004.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**