## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: February 4, 2005

HONORABLE AIDA M. DELGADO-COLON, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón      Case No. CR. 00-0085-4 (CCC)

COURT REPORTER: FTR

INTERPRETER: Not needed
================================================================
United States of America           ATTORNEYS: Julie Mosley

Plaintiff

vs.

Wilfredo Ruiz

Defendant(s)
================================================================

Show Cause hearing was not held due that the defendant has not been arrested.

Therefore, the Court resets the Order to Show Cause Hearing as to Violations of Conditions of Supervised Release for March 7, 2005 at 10:00 a.m.


                                        s/Sarah V. Ramón
                                     Sarah V. Ramón, Deputy Clerk