WILFREDO RUIZ
Jail # 06-14866
211 Bush Blvd
Sanford, FL 32773.

RECEIVED & FILED
DEC -5 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN J.N.

11/18/06

## TO THE HONORABLE : CARMEN C. CEREZO

I AM WILFREDO RUIZ CASE # 00085. CCC. I Was Sentence to 18 MONTHS which I Served At M.D.C. Guaynabo P.R. I Was Put ON Supervised Release. ON FEB 25, 04 I Was ARRESTED by police ON a Federal and State WARRANTS both for Violation. I was Sentenced to 18 months IN Jail by State of Florida. but Remember I was doing 3 probations. 2 State and Federals. I Wrote To you To help me so I could find ANother Job. — I also wrote and told you that My officer Pollpeter was not ONe bit happy because I came from "PUERTO RICO". She was Bias and unfair.. NOW ON MARCH 2ND 04. the STATE of FLORIDA SENTENCE ME Too 18 Months with 1 yr 7 days CREDIT. I Served 6 Months IN a STATE PRISON. I was RELEASED ON July 28-04 and Pick up By U.S. MARSHALLS I was sent to MDC Guaynabo P.R. which Took 36 days or 37 To SEE THE HONORABLE Aida DELGADO IN P.R. She hook AT MY CASE and SAW that I was doing Time already For the SAME Violations IN the STATE As The ONe I had IN Federal. SHE RELEASE me and told ME that To Go BACK To the US Middle DISTRICT AND START My probation that she Will DIScuss this Matter with you HONORABLE CARMEN C. Cerezo But NOW She ORDER the US MARshall To House ME until the Airport where OPEN IN ORlando but The 4th Public Defender office Took ME And Got ME a HoTEL and clothes because US marshalls Didn't want To Help Me. I spend ONe Night at a Roach and Drug INfested MoTEL.    ——>

#2

the NEXT day I Got ON A city bus and MET At the Public Defender office
Nobody wanted to pay for me To be House. Now one of my violations
was that I was with my Co-defendant. but Now Since the
US. Marshalls, US public defenders. didn't want To pay for my
Housing during the STorm. they Call my co-defendant and
Let me Stay with Him for 4 days. I didn't understand that
so that the Government CAN SAVE MONEY I CAN BE with my Co-defendant
I think that was NOT A FAIR MOVE by the Government. NOW
I Jot back To ORlando US MIDDLE DISTRICT I REPorted To my
Probation officer. Poll Peter. but She was Not ONE bit happy And
She stated that I was Not on probation that She put ME ON —
PRE-TRAIL REdease and had To Report To. EVERY week maybe twicea week
I Told Poll Peter that I was Told by the Honorable Aida, DElgado
To Go back and Report To Probation and Poll Peter was upset and
STAEED and I QUOTED. "WHy? do I have To Listen to anybody IN
that I sland.!". She has Never been fair to me. and has No Respect
For a U.S. Federal Judge. Now I have alREady served 6 months
for the STATE Violations while under federal detences plus 37 days that's
Why the Honorable Aida. Delgado Stated. I have alREady served
Time for both State and Federal Violations. the only thing that
Was different that I didn't pay all my $100.00 felony fee. She Also stated
that She was going to TAlk To you Honorable CARmen C. CEREzo.
So AS of this moment I have 6month 37days plus I have
another 18days a counting. My Violatons falls under 6-12month
all my Violation where Techincal. YOUR Honorable CARmen C. Cerezo
I ask that I can Get Time served for this Violation because
according to the Honorable Aida Delgado. I have Served 6 Month plus
37 days. that what She said and also said that She was going

# 3

To TALK To you. CAN you please SAVE The Government Money by Giving time Seave and don't have To Take a Spend All this Money off hand Woaking Tay payeas. I have 6 months 37 day plus 18 and Counting. I have a total of almost 237 day iN on this Violations 237 and Counting According To Honorable Aida Delgado. I Would Like For you To Give ME Time Seaved and NoT Talke me all the way to US DISTRICT of Puento Rico. your Honon I hope and pray the you GRANT ME this. I can Not do probation under poilpeten She is Bias and has No Respect For FEDEAL Judges. I Can do my probation if I had a different Probation officea but Let Just do the Time and according to the Violation charts I fall under - 6-12 month and have almost 9 months iN I ASK Foa Time Seaved and To be Release From the Seminonle Canty Fedeaal Hold Cell C-2 Floor 12. Which at this moment We are Sleeping 3 men To a 2 man cell and I am on the Floor.

Respectfully Thanking you in advance

11/10/06    Wilfredo Ruz CASE#00850.ccc.

WILFREDO RUIZ CASE# 00035·CCC

Jail #            JOHN POLK CORRECTIONS    Jail# 06-14866
06·14866.         211 Bush Blvd
                  SANFORD, FL 32773.

Wiful By 11/10/06



WILFREDO RUIZ
06-14866 C-2 A-12

JOHN E. POLK
CORRECTIONAL FACILITY
211 BUSH BLVD.
SANFORD, FL 32773

MID FLORIDA PDC
Legal Mail 327 11
21 NOV 2006 PM

To: THE U.S. DISTRICT OF Puerto RICO
FEDERAL COURT,
ATTN: HONORABLE: CARMEN C. CEREZO

CARlos chandbo way
Hato REY, PR
00918.

00918-9999

LEGAL MAIL

THIS ENVELOPE IS RECYCLABLE AND MADE
WITH 30% POST CONSUMER CONTENT.