IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) BENJAMIN DAVILA-LOPEZ<br>a/k/a Benjamín López-Dávila<br>a/k/a RubénDávila-López, a/k/a Benny L. Dávila, a/k/a Rubén D. López<br>a/k/a Rubén B. Dávila-López,<br>a/k/a Rueben B. Dávila, a/k/a Richard Rosario, a/k/a Alex Ruiz<br>a/k/a Alex Rivera, aka Ernesto Ruiz<br>(counts 1, 2, 9)<br>2) JOSE SANTOS, a/k/a Joe Quintín-Griffin (Count 1)<br>3) SANDRO VELASQUEZ-MEDINA (Count 1)<br>**4) WILFREDO RUIZ**, a/k/a Wilfredo Claudio-Vega, a/k/a Fernando M. Tavarez-Soto, a/k/a Abel Martínez-Díaz, a/k/a Manuel Castañeda-Ruiz (Counts 1, 2, 3, 4, 5, 6, and 8)<br>5) OSVALDO ACEVEDO-GUTIERREZ, a/k/a Pinto (Count 1)<br>6) JOSE MONTES-ORTOLAZA (Count 1)<br>7) RICHARD ROSARIO-RIVERA, a/k/a Richard El Gordo (Count 1)<br>8) PEDRO CRUZ-ZENO (Count 1)<br>9) EDGARDO JOSE FELIX, a/k/a Coyote, a/k/a Gardo Pau (count 1)<br>10) MIGUEL COLON-CINTRON, a/k/a Mickey (Count 1)<br>11) LUIS FRANCISCO ORTIZ-RIVERA (Count 1)<br>12) MARIA MILAGROS GARCIA-ORTIZ<br>13) MARIA MERCEDES GARCIA-ORTIZ (Count 1)<br>14) SEALED (Counts 1, 8)<br>15) CARLOS BOGLIO-COLON (Count 1)<br>16) OBED VAZQUEZ (Count 1)<br>17) HECTOR MATEO-PEREIRA (Count 1)<br>18) JOSE L. MARTINEZ-PEREZ, a/k/a El Flaco (Count 1)<br><br>Defendants | CRIMINAL 00-0085CCC |

CRIMINAL 00-0085CCC                    2

## O R D E R

The letter-motion filed by defendant Wilfredo Ruiz pro se on December 5, 2006 (**docket entry 617**) is DENIED. Defendant has revocation proceedings pending in this District since October 2004 (see docket entries 604 & 605) which were continued sine die until his arrest (see docket entries 607, 609, 610 & 614). It appears from the pro se motion that defendant is currently detained at a correctional institution in Florida. Accordingly, the U.S. Marshal shall arrange for the prompt transfer of defendant to Puerto Rico so that the pending revocation proceedings be resumed and concluded. The Court shall be notified as soon as defendant is returned to this jurisdiction.

SO ORDERED.

At San Juan, Puerto Rico, on December 12, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge