Wilfredo Ruiz
Case# 00-085-CCC

RECEIVED DEC 15 2006
CHAMBERS OF
AIDA M. DELGADO-COLON
U.S. DISTRICT JUDGE

To the Honorable Judge. Aida Delgado

Your honor on Feb. 25th 2004 I was arrested for violation for Federal and State violations. The State sentence me to 6 months in prison. When I was released the U.S. marshal pick me up at the prison and took me to a Federal Detention Holdover in Tallahassee, FL.

Your Honor my violations in the State where almost everything was the same kind of violations in the Feds. You even said so your self Honorable Delgado. I believe you told the probation officer that they were the same and he try to add about the $70.00 I still owe them. You told him that I could of file indigent. That was on Sept 2nd 2004.

Your Honor I already had 6month plus 37 days and now by the time you read this I should have another 45-46 days in that would be a total of 264-265 day my violation chart said I fedl in 6-12 months. You also stated that you was going to talk with the Honorable Cerezo. Because of the time I already had in. But your Honor what I am really writing to you about is how on Sept 2nd you gave the U.S. Marshal's a court order to pay for my lodging and food I had no clothes they left me outside the Court House and no one would help me until the this man who I believe was the Head of the Public Defenders office took me to K-mart and brought me clothing and then took me to a motel and gave me a few dollars so I can eat he also told me to report to the Public Defenders office in the morning when I got there in the morning the airport where still closed down in Orlando, FL. Due to the Hurricane.

Your Honor now no one wanted to pay for my lodging not the Public Defenders office and not even the U.S. Marshal's. →

So Ms. Joanny I believe was her name from the P.D. office called the U.S Probation office and they decided that I could go and stay at My Co-Defendents Residence for the Next 4 days. I was in shock I Thought they were Trying to Trick me. but No they send me To his House Now the Reason I violated well one of the Reason was for Being with my Co-Defendant. it's Okay to be with him so Nobody Has To pay for my stay. I Just Don't understand How can they Just Disrespect an Order From a United States. Judge. On The Grounds of them Violating me For me being with my Co-Defendant and then Sending To His Home this violates this Probation and I believe it should be Terminated and It could be done in my Absence.

I am presently at F.D.C in miami Waiting To Go to Puerto Rico. We could save the Tax payers money by Sentencing me to Miami or Terminated my probation your Honor. Your Honor I fall under 6-12 months and I have about 264-265 day in plus your Honor I almost forgot. When you Released me on Sept 2nd 2004. and Told me To back To my Probation officer in Orlando, when I got there Mrs. Pollpeter Refused to put me back on Probation and Said that She was going to Request I be sent back To Jail. and She Told me that I could not do probation and Told me that I was on Pre-Trail Release. I Told her that I was Told To Start my Probation and she Told me that She doesn't has To Listen To Any body or Any Judge from that Island. I Told her that the 2nd Time she has Said that. They don't Like Puerto Ricans or people From Puerto Rico there Ask my Co-defendant what happen To Him. or His US Probation officer in Puerto Rico.

Respectfully yours,

Wilfred R. 12-10-06
Wilfredo Ruiz -24384-018
FBC- Miami
PO Box 019120
miami, FL 33101-9120

2000 USCA
Amend. V. Constitution
Note 472.

Sentence credit for time spent in Jail as condition of probation, when defendant is Later sentence to Prison upon Revocation of defendant of probation, is Required under STATE AND FEDERAL double jeopardy - constitutional Provisions only for confinements amounting to time spent "In Jail" as that Term is Commonly used and understood and purpose of Probationary confinement must be INCARCERATION Rather than treatment and Rehabilitation.

People V. Wagner, MICH App 1992
485 N.W.2d 133, 193 MICH App 679.

WILFREDO RUIZ
24384-018 7-EAST
Federal Detention Center
P.O. Box 019120
Miami, FL 33101-9126

MIAMI FL 331
11 DEC 2006 PM 5 T

Legal Mail

(RESENT)
(URGENT)

The enclosed letter was processed through special mailing Procedure for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosed to the following address:
FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI, FL 33101     DATE: 12/11/06

ATTN: To THE Honorable Judge: Aida Delgado
THE United States Federal Courthouse
IN San Juan, P.R.
Carlos Chardon Av
Hato Rey, P.R.
00918