IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>   v.<br><br>WILFREDO RUIZ,<br>   Defendant | CRIMINAL NO. 00-085 (CCC) |

## MOTION REQUESTING ORDER

**TO THE HONORABLE COURT:**

  COMES NOW, the Defendant Wilfredo Ruiz, by and through his court-appointed counsel, the Federal Public Defender for the District of Puerto Rico, and respectfully STATES and PRAYS as follows:

  1. The defendant is currently detained at the Metropolitan Detention Center in Guaynabo, Puerto Rico, awaiting a revocation hearing.

  2. That in order to adequately prepare for such hearing, the defendant requests an order directing the U.S. Probation Office to provide or otherwise make available the following:

    (a) the Presentence Investigation Report;

    (b) all reports, notes, documents regarding the supervision of defendant, including but not limited to evidence of employment; and

    ( c ) Access to the "Cronos" keeps by the U.S. Probation Officer regarding the supervision of Wilfredo Ruiz.

  **WHEREFORE**: The defendant respectfully requests from this Honorable Court an Order granting the foregoing request.

**I HEREBY CERTIFY** that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of February, 2007.

                                        JOSEPH C. LAWS, JR
                                        Federal Public Defender

*S/JOANNIE PLAZA-MARTINEZ*
JOANNIE PLAZA-MARTINEZ
Assistant Federal Public Defender
USDC-PR 215604
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2305
Phone No. (787) 281-4922
Fax No. (787) 281-4899
Joannie Plaza@fd.org.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>       v.<br><br>WILFREDO RUIZ,<br>       Defendant | CRIMINAL NO. 00-085 (CCC) |

**ORDER**

Having considered the Defendant's Motion filed by defendant Wilfredo Ruiz, on February 20th, 2007 (Docket entry ___),  the U.S. Probation Office is hereby ORDERED to provide to the Federal Public Defender the Presentence Investigation Report; all reports, notes, memorandum regarding the supervision of defendant, including but not limited to, evidence of employment; and to disclose  the "Cronos" prepared and kept by the U. S. Probation Officer during the ordinary  course supervision of Wilfredo Ruiz.

SO ORDERED.

At San Juan, Puerto Rico, on _____of  February, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge