IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) BENJAMIN DAVILA-LOPEZ<br>a/k/a Benjamín López-Dávila<br>a/k/a RubénDávila-López, a/k/a Benny L. Dávila, a/k/a Rubén D. López<br>a/k/a Rubén B. Dávila-López,<br>a/k/a Rueben B. Dávila, a/k/a Richard Rosario, a/k/a Alex Ruiz<br>a/k/a Alex Rivera, aka Ernesto Ruiz<br>(counts 1, 2, 9)<br>2) JOSE SANTOS, a/k/a Joe Quintín-Griffin (Count 1)<br>3) SANDRO VELASQUEZ-MEDINA (Count 1)<br>**4) WILFREDO RUIZ**, a/k/a Wilfredo Claudio-Vega, a/k/a Fernando M. Tavarez-Soto, a/k/a Abel Martínez-Díaz, a/k/a Manuel Castañeda-Ruiz (Counts 1, 2, 3, 4, 5, 6, and 8)<br>5) OSVALDO ACEVEDO-GUTIERREZ, a/k/a Pinto (Count 1)<br>6) JOSE MONTES-ORTOLAZA (Count 1)<br>7) RICHARD ROSARIO-RIVERA, a/k/a Richard El Gordo (Count 1)<br>8) PEDRO CRUZ-ZENO (Count 1)<br>9) EDGARDO JOSE FELIX, a/k/a Coyote, a/k/a Gardo Pau (count 1)<br>10) MIGUEL COLON-CINTRON, a/k/a Mickey (Count 1)<br>11) LUIS FRANCISCO ORTIZ-RIVERA (Count 1)<br>12) MARIA MILAGROS GARCIA-ORTIZ<br>13) MARIA MERCEDES GARCIA-ORTIZ (Count 1)<br>14) SEALED (Counts 1, 8)<br>15) CARLOS BOGLIO-COLON (Count 1)<br>16) OBED VAZQUEZ (Count 1)<br>17) HECTOR MATEO-PEREIRA (Count 1)<br>18) JOSE L. MARTINEZ-PEREZ, a/k/a El Flaco (Count 1)<br><br>Defendants | CRIMINAL 00-0085CCC |

CRIMINAL 00-0085CCC                    2

# O R D E R

Releasee having filed on March 14, 2007 a Motion to Dismiss Revocation Proceedings (docket entry 630), barely less than twenty-four hours before the revocation hearing, where he raises undue delay regarding such proceedings, the United States shall respond to this motion by March 27, 2007.  The **revocation hearing set for March 15, 2007 is VACATED** to be reset immediately if the dismissal motion were denied.

SO ORDERED.

At San Juan, Puerto Rico, on March 15, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge