IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) BENJAMIN DAVILA-LOPEZ<br>a/k/a Benjamín López-Dávila<br>a/k/a RubénDávila-López, a/k/a Benny L. Dávila, a/k/a Rubén D. López<br>a/k/a Rubén B. Dávila-López,<br>a/k/a Rueben B. Dávila, a/k/a Richard Rosario, a/k/a Alex Ruiz<br>a/k/a Alex Rivera, aka Ernesto Ruiz<br>(counts 1, 2, 9)<br>2) JOSE SANTOS, a/k/a Joe Quintín-Griffin (Count 1)<br>3) SANDRO VELASQUEZ-MEDINA (Count 1)<br>**4) WILFREDO RUIZ**, a/k/a Wilfredo Claudio-Vega, a/k/a Fernando M. Tavarez-Soto, a/k/a Abel Martínez-Díaz, a/k/a Manuel Castañeda-Ruiz (Counts 1, 2, 3, 4, 5, 6, and 8)<br>5) OSVALDO ACEVEDO-GUTIERREZ, a/k/a Pinto (Count 1)<br>6) JOSE MONTES-ORTOLAZA (Count 1)<br>7) RICHARD ROSARIO-RIVERA, a/k/a Richard El Gordo (Count 1)<br>8) PEDRO CRUZ-ZENO (Count 1)<br>9) EDGARDO JOSE FELIX, a/k/a Coyote, a/k/a Gardo Pau (count 1)<br>10) MIGUEL COLON-CINTRON, a/k/a Mickey (Count 1)<br>11) LUIS FRANCISCO ORTIZ-RIVERA (Count 1)<br>12) MARIA MILAGROS GARCIA-ORTIZ<br>13) MARIA MERCEDES GARCIA-ORTIZ (Count 1)<br>14) SEALED (Counts 1, 8)<br>15) CARLOS BOGLIO-COLON (Count 1)<br>16) OBED VAZQUEZ (Count 1)<br>17) HECTOR MATEO-PEREIRA (Count 1)<br>18) JOSE L. MARTINEZ-PEREZ, a/k/a El Flaco (Count 1)<br><br>Defendants | CRIMINAL 00-0085CCC |

CRIMINAL 00-0085CCC                              2

# O R D E R

The letter-motion filed by defendant Wilfredo Ruiz, which is a grievance against a staff member of MDC-Guaynabo which as the attachment shows has also been filed at the correctional institution, is DENIED for lack of jurisdiction.

SO ORDERED.

At San Juan, Puerto Rico, on March 27, 2007.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge