IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br>WILFREDO RUIZ<br>Defendant | Crim. No. 00-85(CCC) |

EMERGENCY MOTION REQUESTING AN ORDER
FOR THE US MARSHALS TO PROVIDE NON-CUSTODIAL TRANSPORTATION
AND SUBSISTENCE EXPENSES TO HIS DESTINATION

TO THE HONORABLE CARMEN CONSUELO CEREZO
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW the Defendant, *Wilfredo Ruiz*, represented by the Federal Public Defender for the District of Puerto Rico, and very respectfully STATES and PRAYS as follows:

On October 30, 2006, the defendant was arrested by the U.S. Marshals in Orlando, Florida, where he resided. On October 31, 2006, a U.S. Magistrate in Florida ordered him transferred to the District of Puerto Rico. On December 22, 2006, the defendant arrived at MDC- Guaynabo. On March 14, 2007, the defendant filed a motion to dismiss his revocation proceeding. On May 11, 2007, this court granted the defendant's motion, dismissed the revocation proceedings and ordered the immediate release of the defendant.

The defendant has been a long time resident of Orlando , Florida. His apartment, his vehicle, and all his belongings are in Orlando Florida. The defendant was taken to the U.S. District of Puerto Rico by the U.S. Marshals, and after his release from MDC-Guaynabo, he has stayed at the U.S. Marshal's office at the Federal Building. Mr. Ruiz does not have the financial means to buy an air fare or to pay

Page 2

for subsistence expenses in San Juan, PR.  Hence, in the interest of justice, the defendant requests an order from this Honorable Court instructing the U.S. Marshals to :

(1) arrange for defendant's means of non-custodial transportation and/or furnish the necessary transportation fare to Orlando, Florida ; and

(2) furnish the defendant with an amount of money for subsistence expense to his destination, in accordance with the authorized per diem allowance for travel under Title 5, U.S.C. § 5072(a).

WHEREFORE, the Defendant respectfully requests that the foregoing motion be granted.

RESPECTFULLY SUBMITTED.

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, 15th of May, 2007.

JOSEPH C. LAWS, JR.
FEDERAL PUBLIC DEFENDER

S/JOANNIE PLAZA MARTINEZ
Assistant Federal Public Defender
USDC - PR 215604
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2305
Tel.  (787) 281-4922
Joannie_plaza@fd.org