IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>WILFREDO RUIZ<br>Defendant | CRIMINAL 00-85CCC |

**ORDER**

Having considered the Emergency Motion Requesting Order for the U.S. Marshal to Provide Non-Custodial Transportation and Subsistence Expenses to His Destination filed by defendant Wilfredo Ruiz today, May 15, 2007 (docket entry 635), the same is GRANTED pursuant to 18 U.S.C. § 4282, which provides that upon release from custody of a person arrested on a charge of violating a law of the United States but not indicted and detained pursuant to chapter 207, in this case under 18 U.S.C. § 3148, the Court in its discretion may direct the U.S. Marshal for the District where he is released, pursuant to regulations promulgated by the Attorney General, to furnish the person so released with transportation and subsistence to the place of his arrest, or, at his election, to the place of his bona fide residence if such cost is not greater than to the place of arrest. Defendant was arrested on October 30, 2006 by the U.S. Marshals in Orlando, Florida and ordered transferred to the District of Puerto Rico by a U.S. Magistrate-Judge. He arrived at M.D.C. Guaynabo on December 22, 2006. On May 11, 2007, the Court granted his Motion to Dismiss the pending revocation proceedings against him and ordered his immediate release. The U.S. Marshal's Office has informed the undersigned and defendant so avers in his Emergency Motion that after his release from M.D.C. Guaynabo he has remained at the U.S. Marshal's Office for this District because he has no means to pay for his return transportation or to meet subsistence expenses.

Accordingly, the U.S. Marshal of the District of Puerto Rico is ORDERED, pursuant to 18 U.S.C. § 4282, to furnish releasee Wilfredo Ruiz with transportation to the place of his

arrest, that is, Orlando, Florida and to provide him an amount of money for subsistence expenses to his destination in Orlando, Florida, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

SO ORDERED.

At San Juan, Puerto Rico, on May 15, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge