# UNITED STATES DISTRICT COURT

__JUDICIAL__ DISTRICT OF __PUERTO RICO__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WARRANT FOR ARREST** |
| vs | CASE NUMBER: CR 00-085-4(CCC) |
| **WILFREDO RUIZ** | |

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __WILFREDO RUIZ__
(Name)
and bring him forthwith to the nearest magistrate to answer a

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of court      [ ] Violation Notice     [X] Violations of Supervised Release

charging him with (brief description of offense)

Copy order is attached.

in violation of Title ____ United States Code, Section(s) _____

Carmen Consuelo Cerezo
Name of Issuing Officer

U. S. District Judge
Title of Issuing Officer

_____
Signature of Issuing Officer

November 30, 2004, San Juan, PR
Date and Location

Bail fixed at $ _____

By: _____
Gretchen S. Rodriguez - Deputy Clerk

*Certified to be a true & exact copy of the document, or an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____ Deputy Clerk
Date: 11/30/04*

[Stamps: RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR NOV 30 PM 1:10; RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2008 JUL 21 PM 2:24]

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED 11/30/2004  DATE OF ARREST 10/30/2006 | NAME & TITLE OF ARRESTING OFFICER  USMS | SIGNATURE OF ARRESTING OFFICER  USMS |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: **WILFREDO RUIZ**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: Male   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____